AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scholer, Karen G. | U.S. District Court, Northern District of Texas | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1100 Commerce Street
Room 1654
Dallas, TX 75242
Courtroom 1632

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Principal | Carter Arnett |
| 2. | Federal Court Liaison | State Bar of Texas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001-2019 | Texas County and District Retirement System - retirement plan from time served as Texas Judge - plan owned and controlled by TCDRS |
| 2. | 2001-2019 | Employee Retirement System of Texas - retirement plan from time served as Texas Judge - plan owned and controlled by ERS |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Karen Gren Scholer, PC, flow-through income from Carter Arnett law firm, at which Karen was a princiapl during Q1 of 2018 | $49,864.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Schreiber Foods Inc Pension |
| 2. | 2018 | Caulipower LLC Wages |
| 3. | 2018 | GT Scholer Enterprises 1099 Consulting Income; self-employed |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | June 19-20, 2018 | Houston, TX | State Bar of Texas Annual Meeting | Hotel, meals, ground transportation, and airfare |
| 2. | Notre Dame | August 14-17, 2018 | Notre Dame, IN | Teaching workshop | Meals and hotel |
| 3. | State Bar of Texas | September 27-28. 2018 | Austin, TX | State Bar of Texas Board of Directors / State Bar Business Disputes Seminar | Hotel, meals, ground transportation, and airfare |
| 4. | NYU Civil Jury Project | October 18-19, 2018 | New York, NY | Judicial Advisory Panel | Hotel, meals, ground transportation, and airfare |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Fleetpride, Inc. | Tickets to Master's golf tournament | $2,998.00 |
| 2. | Dallas Asian American Bar Association | Investiture | $72,350.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gunnar Scholer Individual Fidelity (H) | | | | | | | | | |
| 2. Fidelity Cash Account | A | Interest | J | T | | | | | |
| 3. Vanguard 500 Index Fund Investor Shares | B | Int./Div. | L | T | | | | | |
| 4. Gunnar Scholer Individual Fidelity Bond Account (H) | | | | | | | | | |
| 5. Fidelity Cash Account | A | Interest | J | T | | | | | |
| 6. New Hampshire Health and Education Bond | C | Interest | K | T | | | | | |
| 7. Grapevice Colleyville Independent School District Bond | B | Interest | L | T | | | | | |
| 8. Waukesha Wis GO Prom Nts Bond | B | Interest | L | T | | | | | |
| 9. Maryland State GO Ref Bonds | B | Interest | K | T | | | | | |
| 10. Rome GA Water and Sewer Bonds | B | Interest | K | T | | | | | |
| 11. Casa Grande Ariz Exise Tax Bonds | B | Interest | L | T | | | | | |
| 12. San Antonio Texas Electric and Gas Rev Bonds | B | Interest | K | T | | | | | |
| 13. Collin County Texas Utility Tax Bonds | B | Interest | K | T | | | | | |
| 14. Washingston State Ctfs Partn Bonds | C | Interest | K | T | | | | | |
| 15. Snohomish County WQashington GO Bonds | B | Interest | K | T | | | | | |
| 16. Wisconsin St GO Ref Bonds | B | Interest | L | T | | | | | |
| 17. Florida State Department Environmental Bonds | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Illinois Fin Auth Rev Clean Water Bonds | B | Interest | K | T | | | | | |
| 19. Manatee County Florida Public Utilities Rev Bonds | B | Interest | L | T | | | | | |
| 20. Lone Star College System Bonds | B | Interest | L | T | | | | | |
| 21. Atlanta GA Water and Waste Water Bonds | A | Interest | K | T | Buy | 07/26/18 | K | | |
| 22. University Tex Univ Revs Bonds | B | Interest | K | T | | | | | |
| 23. New York NY City Transitional Bonds | B | Interest | L | T | | | | | |
| 24. King County Wash Sch Dist Bonds | B | Interest | L | T | Buy | 05/03/18 | L | | |
| 25. North Carolina St Ltd Oblig | B | Interest | K | T | | | | | |
| 26. Broward County Fla Bonds | B | Interest | L | T | | | | | |
| 27. Miami Dade County Fla GO Bonds | B | Interest | K | T | | | | | |
| 28. Maricopa County Ariz Bonds | B | Interest | K | T | | | | | |
| 29. Energy Northwest Wash Bonds | A | Interest | K | T | Buy | 11/02/18 | K | | |
| 30. Grand Prarie Texas Ref and Impt | A | Interest | | | Redeemed | 02/15/18 | J | A | |
| 31. Albuquerque N Mex GO | B | Interest | | | Sold | 03/05/18 | K | A | |
| 32. Massachusetts St Fed Hwy | B | Interest | | | Buy | 03/05/18 | K | | |
| 33. Massachusetts St Fed Hwy | B | Interest | | | Sold | 12/19/18 | K | A | |
| 34. Howard Cnty Md Pub Impt | B | Interest | | | Sold | 04/26/18 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Albuquerque N Mex GO | B | Interest | | | Redeemed | 07/03/18 | K | | |
| 36. South Carolina St Pub Svc Auth | B | Interest | | | Sold | 11/02/18 | K | A | |
| 37. Minneapolis Minn Spl Sch Dist | B | Interest | | | Sold | 12/19/18 | K | A | |
| 38. New Hampshire Health &Ed Facs | B | Interest | | | Sold | 12/19/18 | K | A | |
| 39. Gunnar Scholer Roth Fidelity (H) | | | | | | | | | |
| 40. Baron Growth Fund | A | Int./Div. | J | T | | | | | |
| 41. Vanguard High Dividend Yield Index Fund | A | Int./Div. | J | T | | | | | |
| 42. Gunnar Scholer SEP Fidelity (H) | | | | | | | | | |
| 43. Fidelity Cash Account | A | Int./Div. | J | T | | | | | |
| 44. Fidelity 500 Index Fund | A | Int./Div. | J | T | | | | | |
| 45. Fidelity Contrafund | A | Int./Div. | J | T | | | | | |
| 46. Fidelity Low Priced Stock | A | Int./Div. | J | T | | | | | |
| 47. Baron Growth | A | Int./Div. | J | T | | | | | |
| 48. Dodge & Cox Stock | A | Int./Div. | J | T | | | | | |
| 49. Harding Loevner Internatioanl Equity Portfolio | A | Int./Div. | J | T | | | | | |
| 50. Oakmark Fund | A | Int./Div. | J | T | | | | | |
| 51. Janus Henderson Small Cap Value | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mairs & Power Growth Fund | A | Int./Div. | J | T | | | | | |
| 53. Neuberger Berman Genesis Investor | A | Int./Div. | J | T | | | | | |
| 54. Selected American Shares | A | Int./Div. | J | T | | | | | |
| 55. Tweedy Browne Global Value Fund | A | Int./Div. | J | T | | | | | |
| 56. Vanguard International Explorer | A | Int./Div. | J | T | | | | | |
| 57. Vanguard High Dividend Yield Index Fund | A | Int./Div. | J | T | | | | | |
| 58. Vanguard Short Term Investment Grade | A | Int./Div. | J | T | | | | | |
| 59. Gunnar Scholer IRA Fidelity (H) | | | | | | | | | |
| 60. Fidelity Government Cash Reserves | A | Int./Div. | K | T | | | | | |
| 61. Fidelity Low Priced Stock Fund | D | Int./Div. | M | T | | | | | |
| 62. Royce Pennsylvania Mutual Investment | E | Int./Div. | M | T | | | | | |
| 63. Vanguard Short Term Investment Grade Bond Fund | D | Int./Div. | M | T | | | | | |
| 64. Wisdomtree Emerging Markets High Dividend Fund | A | Int./Div. | J | T | | | | | |
| 65. Goldman Sachs Preferred | A | Int./Div. | J | T | | | | | |
| 66. Karen Scholer IRA Fidelity (H) | | | | | | | | | |
| 67. Fidelity Contrafund | D | Int./Div. | M | T | | | | | |
| 68. AMG Yacktman Fund | E | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baron Growth Fund | D | Int./Div. | M | T | | | | | |
| 70. Carillon Scout International Fund | D | Int./Div. | L | T | | | | | |
| 71. Oakmark Global Fund Investor Class | E | Int./Div. | M | T | | | | | |
| 72. Royce Pennsylvania Mutual Investment | E | Int./Div. | M | T | | | | | |
| 73. Tweedy Browne Global Value Fund | D | Int./Div. | M | T | | | | | |
| 74. Vanguard High Dividend Yield Index Fund | D | Int./Div. | M | T | | | | | |
| 75. Vanguard Short Term Investment Grade Bond Fund | C | Int./Div. | M | T | | | | | |
| 76. Fidelity Government Cash Reserves | B | Int./Div. | M | T | | | | | |
| 77. Karen Scholer IRA Breckinridge Fidelity (H) | | | | | | | | | |
| 78. Fidelity Government Cash Reserves | A | Interest | J | T | | | | | |
| 79. AT&T INC NOTE CALL MAKE WHOLE | A | Interest | J | T | | | | | |
| 80. AMERICAN EXPRESS CR CORP BE MTN | A | Interest | J | T | Buy | 03/19/18 | J | | |
| 81. Anheuser Busch Inbev Fin Inc Note | A | Interest | J | T | | | | | |
| 82. BANK AMER CORP MTN CALL MAKE WHOLE | A | Interest | J | T | | | | | |
| 83. BP CAP MKTS AMER INC NOTE CALL MAKE WHOLE | A | Interest | J | T | Buy | 11/26/18 | J | | |
| 84. CISCO SYS INC NOTE CALL MAKE WHOLE 4.45000% 01/15/2020 ISIN #US17275RA | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. CVS HEALTH CORP NOTE CALL MAKE WHOLE | A | Interest | J | T | Buy | 03/09/18 | J | | |
| 86. CITIGROUP INC NOTE 2.50000% 09/26/2018 | A | Interest | | | Sold | 03/02/18 | K | A | |
| 87. CITIGROUP INC NOTE CALL MAKE WHOLE | A | Interest | J | T | Buy | 03/02/18 | J | | |
| 88. COMCAST CORP NEW NOTE CALL MAKE WHOLE 3.60000% 03/01/2024 | A | Interest | K | T | | | | | |
| 89. DUKE ENERGY CAROLINAS LLC BOND | A | Interest | K | T | | | | | |
| 90. GOLDMAN SACHS GROUP INC NOTE | A | Interest | | | Redeemed | 07/19/18 | J | | |
| 91. JPMORGAN CHASE &CO NOTE | A | Interest | K | T | | | | | |
| 92. MEDTRONIC INC NOTE CALL MAKE WHOLE | A | Interest | J | T | | | | | |
| 93. MORGAN STANLEY MTN 2.37500% 07/23/2019 | A | Interest | J | T | | | | | |
| 94. ORACLE CORP NOTE CALL MAKE WHOLE 2.50000% 10/15/2022 ISIN #US68389XAP0 | A | Interest | | | Sold | 08/28/18 | J | A | |
| 95. SANOFI NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 96. SHELL INTERNATIONAL FIN BV NOTE | A | Interest | K | T | | | | | |
| 97. TORONTO DOMINION BANK MTN 1.40000% 04/30/2018 | A | Interest | | | Redeemed | 04/30/18 | J | | |
| 98. TORONTO DOMINION BANK MTN 2.12500% 04/07/2021 | A | Interest | J | T | Buy | 07/31/18 | J | | |
| 99. UNION PACIFIC CORP NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 100. UNITEDHEALTH GROUP INC NOTE 1.70000% 02/15/2019 CALL MAKE WHOLE | A | Interest | | | Sold | 11/28/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. UNITEDHEALTH GROUP INC NOTE 2.70000% 07/15/2020 CALL MAKE WHOLE | A | Interest | J | T | Buy | 11/28/18 | J | | |
| 102. VERIZON COMMUNICATIONS INC | A | Interest | J | T | Buy | 05/02/18 | J | | |
| 103. WELLS FARGO CO MTN BE | A | Interest | K | T | | | | | |
| 104. WESTPAC BKG CORP NOTE | A | Interest | J | T | | | | | |
| 105. BAY AREA WTR SUPPLY &CONSV AGY CALIF | A | Interest | K | T | | | | | |
| 106. NEW YORK N Y CITY TRANSITIONAL FIN | A | Interest | K | T | | | | | |
| 107. NEW YORK ST URBAN DEV CORP REV ST 02.00000% 03/15/2019 PERSONAL INCOME | A | Interest | | | Sold | 03/19/18 | J | A | |
| 108. NEW YORK ST URBAN DEV CORP REV ST PERS 03.27000% 03/15/2027 INCOME TAX | A | Interest | J | T | | | | | |
| 109. PURDUE UNIV IND UNIV REVS STUDENT FEE BDS | A | Interest | K | T | | | | | |
| 110. SAN ANTONIO TEX INDL DEV CORP CONTRACT | A | Interest | K | T | | | | | |
| 111. SAN DIEGO CALIF REDEV AGY SUCCESSOR | A | Interest | K | T | | | | | |
| 112. SAN FRANCISCO CALIF BAY AREA RAPID TRAN | A | Interest | K | T | | | | | |
| 113. SAN LUIS OBISPO CNTY CALIF CMNTY COLLEGE | A | Interest | K | T | | | | | |
| 114. SOUTH CAROLINA ST PUB SVCS AUTH REV | A | Interest | J | T | | | | | |
| 115. SOUTHERN CALIF PUB PWR AUTH REV REV BDS 01.72800% 07/01/2018 APEX PWR | A | Interest | | | Redeemed | 07/02/18 | K | | |
| 116. UNIVERSITY ILL UNIV REVS AUX FACS SYS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 117. UNITED STATES TREAS NTS 01.75000% 10/31/2020 | A | Interest | J | T | | | | | |
| 118. UNITED STATES TREAS NTS 1.25000% 04/30/2019 | A | Interest | K | T | | | | | |
| 119. UNITED STATES TREAS NTS 1.37500% 05/31/2020 | A | Interest | J | T | | | | | |
| 120. UNITED STATES TREAS NTS 1.37500% 07/31/2018 | A | Interest | | | Sold | 03/16/18 | K | A | |
| 121. UNITED STATES TREAS NTS 1.75000% 05/15/2023 | A | Interest | J | T | | | | | |
| 122. UNITED STATES TREAS NTS 1.87500% 06/30/2020 | A | Interest | K | T | | | | | |
| 123. UNITED STATES TREAS NTS 2.50000% 05/15/2024 | A | Interest | K | T | Buy | 03/19/18 | K | | |
| 124. UNITED STATES TREAS NTS NOTE 1.62500% 05/15/2026 | A | Interest | J | T | | | | | |
| 125. UNITED STATES TREAS NTS NOTE 2.00000% 02/15/2022 | A | Interest | K | T | | | | | |
| 126. UNITED STATES TREAS NTS NOTE 2.00000% 02/28/2021 | A | Interest | K | T | | | | | |
| 127. UNITED STATES TREAS NTS NOTE 2.12500% 05/15/2025 | A | Interest | K | T | Buy | 07/02/18 | K | | |
| 128. UNITED STATES TREAS NTS NOTE 2.25000% 02/15/2027 | A | Interest | K | T | | | | | |
| 129. UNITED STATES TREAS NTS NOTE 2.25000% 11/15/2025 | A | Interest | K | T | | | | | |
| 130. UNITED STATES TREAS NTS NOTE 2.25000% 11/15/2027 | A | Interest | J | T | Buy | 08/28/18 | J | | |
| 131. UNITED STATES TREAS NTS NOTE 2.37500% 05/15/2027 | A | Interest | K | T | | | | | |
| 132. UNITED STATES TREAS NTS NOTE 2.75000% 11/15/2023 | A | Interest | K | T | | | | | |
| 133. UNITED STATES TREAS NTS NOTE 2.87500% 05/15/2028 | | None | K | T | Buy | 11/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. | | | | | | | | | |
| 135. JP Morgan Chase Checking and Savings Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scholer, Karen G. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Karen G. Scholer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544